IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SHARON G. THOMAS, | ) | 1:09cv010 DLB |
| Plaintiff, | ) ) | ORDER GRANTING |
| | ) | EXTENSION OF TIME |
| | ) | |
| vs. | ) | (Document 13) |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

On August 21, 2009, the parties filed a stipulation and proposed order to allow Plaintiff an extension of time to file her opening brief. The parties' request is GRANTED. Plaintiff's opening brief SHALL be filed on or before September 30, 2009. Defendant's opposition, if any, shall be filed on or before October 30, 2009.


IT IS SO ORDERED.

Dated:    **August 24, 2009**                      **/s/ Dennis L. Beck**
                                                    UNITED STATES MAGISTRATE JUDGE

1