1  STEVEN G. ROSALES
   ATTORNEY AT LAW:  222224
2  LAW OFFICES OF LAWRENCE D. ROHLFING
   12631 EAST IMPERIAL HIGHWAY, SUITE C-115
3  SANTA FE SPRINGS, CALIFORNIA  90670-4756
   TEL: 562/868-5886
4  FAX: 562/868-5491
5  Email:  steven_rohlfing.office@speakeasy.net

6  Attorney for SHARON THOMAS

7

8              **UNITED STATES DISTRICT COURT**
9              **EASTERN DISTRICT OF CALIFORNIA**

10

11  SHARON G. THOMAS,              )  No.  1:09-CV-00010 DLB
                                   )
12        Plaintiff,               )  STIPULATION OF DISMISSAL
                                   )
13        v.                       )
                                   )
14  MICHAEL J. ASTRUE              )
    Commissioner of Social Security, )
15                                 )
          Defendant.                )
16                                 )
                                   )
17                                 )
    _____ )
18

19       IT IS HEREBY ORDERED, based on the stipulation by and between the

20  parties, through their respective counsel, that the court dismisses the above matter

21  without prejudice. Each side to bear his/her own costs and expenses, including but

22  not limited to attorney's fees.

23       IT IS SO ORDERED.

24  DATE: January 13, 2010
                        ___/s/ Dennis L. Beck_____
25                      THE HONORABLE DENNIS L. BECK
                        UNITED STATES MAGISTRATE JUDGE
26

27

28

-1-